A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RECEIVED
DEC 23 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

DAVID DENARAII                    464405
    Plaintiff  D.O.C #            Inmate Number
        464405

VERSUS

CALDWELL CORRECTION CENTER,
ET AL

_____

_____

(Enter above the full name of each
defendant in this action.)

---

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.  Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): _DAVID DENARAN_

      Defendant(s): _CALDWELL CORRECTION CENTER_

   2. Court (if federal court, name the district; if state court, name the parish): _UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA_

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _N/A_

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   6. Date of filing lawsuit: _DECEMBER 17th 2020_
   7. Date of disposition: _____

   C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
      Yes ( )    No (✓)

B. Defendant __KEVIN WYLES__ is employed as __WARDEN__ at __CALDWELL CORRECTION CENTER.__

C. Additional Defendants: __OFFICER WYLES, OFFICER KING, LT. DAVIS, SGT. KIRKLAND, SGT. BECKLY, SGT. RASPANO - OFFICALS - @ CALDWELL CORRECTION CENTER. SGT. SANDER; OFFICER HOLLOWAY.__

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 10/15/2020 WHILE IN (C.) DORM OFFICER WYLES CAME IN SHOT ME WITH A POWERED TAZER AT 2:30-2:45 P.M. WITHOUT CAUSE. LT. DAVIS ORDER I BE TAKEN ON HAM, THEN ORDER SGT. BECKLY SGT. RASPANO TO HOLD ME DOWN WHILE THEY TAKE THE TAZER OUT OF MY RIGHT LEG - TEARING MY FLESH IN THE PROCESS WITH PERMENATED DAMAGE + SCARRES - WHILE OFFICER KIRKLAND AND SGT, LT'S ALL WACTHING + REFUSING ME MEDICAL EVACUATION - I HAVE FILED 3 A.R.P. ALL OF WHICH WARDEN KEVIN WYLES HAS REFUSE TO REVIEW + RESPONED CAUSE HIS SON WAS INVOLVED OFFICER WYLES HERE 1 OF 3 A.R.P. NUMBER FOR GRIEVANCE #22132513

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____
_____

II.  Place of present confinement: *CALDWELL CORRECTION CENTER*

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____

2. What steps did you take? *I FILED (3) A.R.P GRIEVANCE @ CALDWELL CORRECTION CENTER ADMINISTRATION HAS WILLFULY NOT RESPONDED*

3. What was the result? *REFUSE TO RESPONSE*
_____

D. If your answer is No, explain why not: _____
_____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) *DAVID DENAGAL*
   Address *671 HWY 845, GRAYSON, LOUSIANA 71435*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. DEMAND FOR JURY TRIAL; INJUNCTIVE RELIEF ORDERS FOR DOCTOR EVALUATION. FOR EXCESSIVE FORCE CLAIMS, AND DENIAL OF MEDICAL CARE IN VIOLATION OF U.S.C.A. 8th; U.S.C.A. 14th

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 17 day of DECEMBER, 20 20.

X DAVID DEGARMO

Signature of plaintiff(s)

RELIEF: PUNITIVE DAMAGES IN THEIR OFFICIAL CAPACITIES OFFICER WYLES; LT. DAVIS; OFFICER BECKLY; SGT. ; SGT. GASPARD; SGT. KIRKLAND - OF $100,000.00 JOINTLY AND SEVERALLY AGAINST DEFENDANT FOR EMOTIONAL INJURY; FAILURE TO PROVIDE ADEQUATE MEDICAL CARE $25,000.00 PUNITIVE DAMAGES WARDEN KEVIN WYLES FAILURE TO INTERVENE AND FAILURE TO RESPOND TO A.R.P.S

Mr. David Okwaraii
Louisiana - D.O.C. # 464405
Caldwell Correction Center
671 Hwy 845
Grayson Louisiana
71435

- Legal Mail -

SHREVEPORT LA 710
21 DEC 2020 PM 3 L

U.S. MARSHAL
SCREENED
OK

United States Dist.
Middle District
777 Florida Street
Suite #139
Baton Rouge Louisiana
70801-17798